IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KAIF MUHAMMAD
f/k/a KEITH O. JOHNSON,

    Plaintiff,

v.                              CASE NO. 4:18cv376-RH-MAF

MARK S. INCH, SECRETARY
of the FLORIDA DEPARTMENT OF
CORECTIONS,

    Defendant.

_____/

## ORDER VACATING THE DEFAULT
## AND GRANTING THE MOTION TO STAY

The plaintiff is a prisoner in the Florida Department of Corrections. He was convicted and sentenced under the name Keith O. Johnson but has changed his name for religious reasons to Kaif Muhammad. This order uses his current name and thus refers to him as Mr. Muhammad.

As required for all prisoners, Mr. Muhammad has an identification card. The Department allows only his original name on the front of the identification card, relegating the religiously changed name to the back.

In this action Mr. Muhammad asserts this policy violates the Religious Land Use and Institutionalized Persons Act of 2000. He seeks relief against the Secretary of the Department of Corrections in his official capacity. The Secretary failed to respond to the complaint—actually the third amended complaint—after service of process. The clerk entered a default.

The Secretary has moved to set aside the default and to stay further proceedings pending a ruling by the United States Court of Appeals for the Eleventh Circuit on review of *Sims v. Inch*, 400 F. Supp. 3d 1272 (N.D. Fla. 2019). The motions are before the court on the magistrate judge's report and recommendation, ECF No. 40. No objections have been filed.

This order accepts the recommendation and grants both motions. This order vacates the default because that is the proper result, as explained in the report and recommendation. This order stays the case only because the plaintiff has not objected.

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The motion to set aside the clerk's default, ECF No. 39, is granted. The default is vacated.

3. The motion to stay, ECF No. 38, is granted. All proceedings are stayed

pending the Eleventh Circuit's decision on review of *Sims v. Inch*.

SO ORDERED on August 10, 2021.

s/Robert L. Hinkle  
United States District Judge